THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE HARRIS, Appellant.

Submitted September 26, 2011; decided October 13, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONYELL J. McKENZIE, Appellant.

Submitted September 19, 2011; decided October 13, 2011

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE PAGAN, Appellant.

Submitted July 25, 2011; decided October 13, 2011

Motion to vacate this Court's July 6, 2011 dismissal order granted [see 17 NY3d 804 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v LOUIS RILEY, Respondent-Appellant.

Submitted September 19, 2011; decided October 13, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent-appellant on the appeal herein.